

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Ex parte Shawn Paul Robinson

Appellate case number:    01-22-00583-CR

Trial court case number:   1751891

Trial court:                        351st District Court of Harris County

        Appellant, through counsel, has filed a notice of appeal from the trial court's order denying his application for writ of habeas corpus. The complete appellate record has been filed with this Court. After a review of the appellate record, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

        Accordingly, appellant is ordered to file a brief within **twenty days** of the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is due to be filed no later than **twenty days** from the filing of appellant's brief.

        It is so **ORDERED**.

Judge's signature: ____/s/ Amparo Guerra_____
                            ☑ Acting individually    ☐ Acting for the Court

Date:  ___August 18, 2022_____